UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                   CASE NO. 3:05cr128LAC

LEONARD R. SCOTT

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 3, 2007
Motion/Pleadings:  MOTION TO AMEND AND OR ADJUST TIME CREDIT and response to Court Order #20
Filed by  DEFENDANT PRO SE         on    8/29/2007         Doc.# 21 & 22

RESPONSES:
BY GOVERNMENT                       on 2/19/08         Doc.# 23
                                    on                Doc.#
_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice to refile when in Federal custody.*

*s/L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.